# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT, EASTERN DIVISION AT: MONTGOMERY, ALABAMA

GENE COGGINS Pro st
1436 COUNTY ROAD #299
LANETT, AL 36863
        Plaintiff

3:07-CV-597-WHA

V:

CIVIL ACTION NO CV - 04 - 94

DISTRICT COURT NO._____

DARYL KIZZIAH and wife
LYNN KIZZIAH
        Defendants

## MOTION TO USE THE APPENDIX SYSTEM

COMES NOW, THE PLAINTIFF, GENE COGGINS WITH THIS MOTION TO USE THE APPENDIX SYSTEM, ACCORDING TO AND IN PURSUANT TO RULE 34 (A)..

AND A MEDICAL PROBLEM I HAVE WITH MY BLOOD PRESSER, HAVING TO TAHE FROM ONE TO FOUR PILLS A DAY.

I DO NOT DESIRE ORAL ARGUMENT FOR THE ISSUES ARE ESTABLISHED LAWS..

*Gene Coggins*
GENE COGGINS pro st
1436 COUNTY ROAD #299
LANETT, AL 36863