IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

IN RE:
GENE COGGINS,

PLAINTIFF,

vs:                            CIVIL ACTION NO. ~~3:04CV04-94~~ 3:07cv597-WHA

DARYL KIZZIAH and wife,
LYNN KIZZIAH,

DEFENDANTS.

## NOTICE TO CLERK OF FILING MOTION

TO: Debra P. Hackett
Court Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Please take notice that the following documents have been filed on behalf of **Defendants, Daryl Kizziah and Lynn Kizziah. PLEASE STAMP THE EXTRA COPY OF THIS NOTICE ENCLOSED WITH THE DATE FILED AND RETURN IT TO US IN THE ENCLOSED SELF-ADDRESSED STAMPED ENVELOPE.**

(X)  Answer to Complaint, Motion to Dismiss and Defendants' Motion for Sanctions.
( )  Other:_____

DATED this the 15th day of July, 2007.

_____
Robin F. Reynolds           REY023
Attorney for Defendants

ROBIN F. REYNOLDS, P.C.
139 South Broadnax Street
Dadeville, Alabama 36853
(256) 825-8251

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing upon the following persons by means of delivery shown below and to the location designated, properly addressed and delivery charges prepaid on this the 16th day of July, 2007.

Gene Coggins
1436 County Road #299
Lanett, Alabama 36863

_____
OF COUNSEL

[ X ] U.S. Mail      [ ] Hand Delivery      [ ] Facsimile      [ ] FedEx